UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | COLLIER/LEE |
| | ) | |
| v. | ) | CASE NO. 1:10-CR-136 |
| | ) | |
| AMOS LEE ELROD | ) | |

**O R D E R**

On March 8, 2011, Magistrate Judge Susan K. Lee filed a Report and Recommendation recommending (a) the Court grant Defendant's motion to withdraw his not guilty plea to Count One of the indictment; (b) the Court accept Defendant's plea of guilty to Count One of the Indictment; (c) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (d) Defendant shall remain in custody pending sentencing in this matter (Court File No. 18). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**

(2) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Thursday, June 30, 2011, at 9:00 am.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**